WARREN DAYTON, JR., Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Dayton* v. *Brooklyn Heights R. R. Co.*, 119 App. Div. 32, affirmed.
(Argued January 22, 1908; decided February 18, 1908.)

APPEAL from a judgment entered April 27, 1907, upon an order of the Appellate Division of the Supreme Court in the second judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, and affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been occasioned by defendant's negligence.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Samuel T. Maddox, Jr., Samuel Evans Maires* and *Frank F. Davis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

———————

JAMES A. DEERING, Appellant, *v.* JOHN SCHREYER et al., Respondents.

*Deering* v. *Schreyer*, 120 App. Div. 872, affirmed.
(Argued January 22, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 31, 1907, modifying and affirming as modified a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to establish an attorney's lien.

*John C. Toole* and *Clarence L. Barber* for appellant.

*Alexander Thain* and *Burton Thompson Beach* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.